IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Phoenix Entertainment Partners, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>MOLLOY'S IRISH PUB LLC, d/b/a MOLLOY'S IRISH PUB, MAX "DOE," said name being fictitious, the true name being unknown to Plaintiff, and "XYZ CORP. INC.," said name being fictitious the true name being unknown to Plaintiff,<br><br>          Defendants. | Case No.: 1:16-CV-09449-JFK<br><br>**ORDER TO SHOW CAUSE FOR DEFAULT MOTION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __9-6-17__ |

On application of Plaintiff, Phoenix Entertainment Partners, LLC, and upon the annexed affidavit of Christopher J. Hufnagel, Esq., and upon the accompanying Memorandum of Law in support of Plaintiff's Motion for Default Judgment, and good cause having been shown, it is hereby:

ORDERED that Defendant, MOLLOY'S IRISH PUB, LLC d/b/a MOLLOY'S IRISH PUB, show cause before the Hon. John F. Keenan, in Room 20C, United States Courthouse, 500 Pearl Street, New York, New York, on _September 13_, 2017 at _11_ am/~~pm~~, or as soon thereafter as counsel may be heard, why an order of Default Judgment should not be issued granting the entry of default judgment against the Defendant for statutory damages in the amount of $50,000.00 pursuant to 15 U.S.C. §1117(c)(1) and attorney's fees in the amount of $5,244.00 pursuant to 15 U.S.C. §1117(a).

_John F. Keenan_
**HON. JOHN F. KEENAN**
**UNITED STATES DISTRICT JUDGE**

Dated: _September 6_, 2017

1